[No. 61429-1-I.   Division One.   April 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT DAMEN SOLEM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-03737-0, Laura Gene Middaugh, J., entered March 25, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61552-1-I.   Division One.   April 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BEAU A. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-02391-5, James D. Cayce, J., entered March 24, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.

[No. 61963-2-I.   Division One.   April 13, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. DONALD WAYNE SHUFFELEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00282-5, Sharon S. Armstrong, J., entered June 11, 2008. *Reversed* by unpublished opinion per Leach, J., concurred in by Dwyer, A.C.J., and Cox, J. Now published at 150 Wn. App. 244.

[No. 62490-3-I.   Division One.   April 13, 2009.]

*In the Matter of the Personal Restraint of* DAVID MILLER, JR., *Petitioner*.

Petition for relief from personal restraint. *Granted* and case *remanded* by unpublished per curiam opinion.